# United States Bankruptcy Court
## Central District of California

In re  **DSECARGONET, INC.**  
Debtor(s)

Case No. _____  
Chapter  **7**

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Myung Ki Chai , declare under penalty of perjury that I am the 100% shareholder of **DSECARGONET, INC.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the ___21___ day of February, 2021.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that Myung Ki Chai, of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 7 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Myung Ki Chai , of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Myung Ki Chai, of this Corporation is authorized and directed to employ Michael H. Yi, attorney and the law firm of Law Offices of Michael H. Yi to represent the corporation in such bankruptcy case."

Date  February 21, 2021

Signed _____  
MYUNG KI CHAI, CEO/Owner of  
DSECARGONET, INC.

# Resolution of Board of Directors
## of
## DSECARGONET, INC.

Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that Myung Ki Chai, of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 7 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Myung Ki Chai of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Myung Ki Chai, of this Corporation is authorized and directed to employ Michael H. Yi, attorney and the law firm of ~~Yi & Madrosen~~ Law Offices of Michael Yi to represent the corporation in such bankruptcy case.

Date  February 21, 2021 _____    Signed _____
                                            MYUNG KI CHAI, CEO/Owner of
                                            DSECARGONET, INC.

Date  February 21, 2021 _____    Signed _____